IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID E. BURDETTE, | ) | 8:08CV536 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FRED BRITTEN, warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order entered this date, the Petition for Writ of Habeas Corpus filed by Petitioner David E. Burdette is dismissed with prejudice.

July 8, 2009.                    BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge